U.S. Bankruptcy Court, Southern District of Florida - Undeliverable Notice, In re: , Case
Number: 15-01301, JKO, Ref: [p-81626498]
USBankruptcyCourts
to:
bnc
04/25/2015 01:11 PM
Hide Details
From: USBankruptcyCourts@noticingcenter.com

To: bnc@flsb.uscourts.gov

1 Attachment



B_P01501301pdf0040023.PDF

Notice of Undeliverable Mail to Court - Adversary Proceeding

April 26, 2015

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Barry E. Mukamal, Plaintiff
       Meidar Holdings, LLC, Defendant
       Adv. Proc. No. 15-01301 JKO

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal
Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is
being sent for appropriate processing as your court may determine.


Undeliverable Address:
Meidar Holdings, LLC


Reason Undeliverable: INCOMPLETE ADDRESS



**ORDERED in the Southern District of Florida on April 24, 2015.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                Case No.:  14-12674-BKC-JKO
UNITED ELECTRONICS,                                   Chapter 7
CORPORATION

_____Debtor._____/
BARRY E. MUKAMAL, as                                  Adv. Pro. No.: 15-01301-BKC-JKO
Chapter 7 Trustee for the Bankruptcy
Estate of United Electronics, Corporation,

     Plaintiff,

v.

MEIDAR HOLDINGS, LLC, a Florida
Limited Liability Corporation,

     Defendant.
_____/

**ORDER GRANTING *EX PARTE* MOTION OF TRUSTEE, BARRY E. MUKAMAL, TO**
**SHORTEN TIME FOR DEFENDANT TO RESPOND TO DISCOVERY REQUESTS**

     **THIS CAUSE** came before the Court upon the *Ex Parte* Motion of Trustee, Barry E.

Mukamal, to Shorten Time for the Defendant to Respond to Discovery Requests (ECF No. 2)

(the "Motion").  The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises

**ORDERS AND ADJUDGES** that:

1.      The Motion is **GRANTED**.

2.      The Debtor shall have through and including 15 days from the date of service of the Request for Production within which to respond and produce responsive documents.[1]

# # #

**Submitted by:**
Brett M. Amron, Esq. (FBN 148342)
Scott N. Brown, Esq. (FBN 663077)
BAST AMRON LLP
*Counsel for the Trustee, Barry E. Mukamal*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
Telephone:  305.379.7904
Facsimile:   305.379.7905
Email: bamron@bastamron.com
       sbrown@bastamron.com

**Copies to:**
Brett M. Amron, Esq.

*Attorney Amron is hereby directed to serve a conformed copy of the foregoing Order on all parties in interest and to file a Certificate of Service of same.*

---

[1] Unless otherwise stated herein, all capitalized terms shall have the same meaning ascribed to them in the Motion.